UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br> Baltimore District Office <br> 10 S. Howard Street, 3rd Fl. <br> Baltimore, Maryland 21201 <br><br> Plaintiff, <br><br> v. <br><br> MAYOR AND CITY COUNCIL OF OCEAN CITY, <br> 301 Baltimore Avenue <br> Ocean City, Maryland 21842 <br><br> Defendant. | Civil Action No. <br><br> COMPLAINT <br><br> JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Sergeant Kathleen Braeuninger, Sergeant Dale Marshall, and a class of similarly situated aggrieved individuals. The Commission alleges that since at least February 1, 2006, Defendant has denied training to Sergeant Braeuninger, Sergeant Marshall and a class of Sergeants, Lieutenants, and Captains at least forty years of age and failed to promote Sergeant Braeuninger, Sergeant Marshall, and a class of Sergeants at least forty years of age because of their age.

1

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.     At all relevant times, Defendant Mayor and City Council of Ocean City ("Defendant Ocean City") has continuously been a political subdivision of the State of Maryland.

5.     At all relevant times, Defendant Ocean City, has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6.     Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance

with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least February 1, 2006, Defendant Ocean City, has engaged in unlawful employment practices at its Ocean City Police Department, in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a). The practices include:

   a. excluding Sergeant Braeuninger, Sergeant Marshall, and a class of similarly situated Sergeants, Lieutenants, and Captains at least forty years of age from training opportunities because of their age; and

   b. failing to promote Sergeants Braeuninger, Sergeant Marshall, and a class of similarly situated Sergeants at least forty years of age to the rank of Lieutenant because of their age.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Sergeant Braeuninger, Sergeant Marshall and a class of similarly situated individuals at least age 40 of equal employment opportunities and otherwise adversely affect their status as employees because of their age.

9. The unlawful employment practices complained of in paragraph 7 above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Ocean City, its officers, successors, assigns and all persons in active concert or participation with it, from denying training and failing to promote individuals on the basis of age and engaging in any other

employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B.  Order Defendant Ocean City to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.  Grant a judgment requiring Defendant Ocean City to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to individuals whose wages are being unlawfully withheld as a result of the acts complained of above, including but not limited to Sergeant Braeuninger, Sergeant Marshall and a class of similarly situated Sergeants at least forty years of age.

D.  Order Defendant Ocean City to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to the provision of training to Sergeant Marshall and a class of similarly situated Sergeants, Lieutenants, and Captains at least forty years of age and the promotion of Sergeant Braeuninger, Sergeant Marshall and a class of similarly situated Sergeants to the rank of Lieutenant and/or provide front pay where appropriate.

E.  Grant such further relief as the Court deems necessary and proper in the public interest.

F.  Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

>Respectfully submitted,
>
>RONALD S. COOPER
>General Counsel
>
>JAMES L. LEE
>Deputy General Counsel
>
>GWENDOLYN YOUNG REAMS
>Associate General Counsel
>
>_____/s/_____
>JACQUELINE MCNAIR
>Regional Attorney
>
>_____/s/_____
>DEBRA M. LAWRENCE
>Supervisory Trial Attorney
>
>_____/s/_____
>MARIA SALACUSE
>Senior Trial Attorney
>Federal Bar No. 15562
>
>
>UNITED STATES EQUAL EMPLOYMENT
>OPPORTUNITY COMMISSION
>Baltimore Field Office
>10 S. Howard Street
>3rd Floor
>Baltimore, Maryland  21201
>Phone:  (410) 209-2733
>Fax: (410) 962-4270